SCARBROUGH et al. v. UNITED STATES.
No. 41906.

Court of Claims.
Nov. 5, 1934.

737

A. Harding Paul, of Washington, D. C., for plaintiffs.

Frank J. Wideman, Asst. Atty. Gen. (Elizabeth B. Davis and George H. Foster, both of Washington, D. C., on the brief), for the United States.

Before BOOTH, Chief Justice, and GREEN, LITTLETON, WILLIAMS and WHALEY, Judges.

PER CURIAM.

The facts in this case are precisely the same as in the case of Lemuel Scarbrough et al. v. Commissioner of Internal Revenue, 17 B. T. A. 317. We think what was said by the Board of Tax Appeals in the above case is applicable here, and that plaintiffs are entitled to recover the sum of $472.92, with interest thereon as provided by law. Judgment for the same is accordingly awarded. It is so ordered.